

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**SEALED**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* CRIMINAL NO. RDB-24-21 |
| v. | \* |
| | \* |
| **SAM LEE,** | \* |
| | \* |
| Defendant. | \* |
| | \* |
| | \* |
| | \* |

\*\*\*\*\*\*\*

## MOTION TO SEAL

The United States of America, by and through its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Spencer L. Todd, Assistant United States Attorney for said District, respectfully moves this Court to order that this Indictment, Arrest Warrant, and other documents, be **SEALED** as they contain sensitive information.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____
Spencer L. Todd
Assistant United States Attorney